IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| Amy Walks Lefebvre, | ) | C/A: 3:19-1956-JFA-SVH |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| Dillards, Inc., | ) | |
| Defendant. | ) | |

This matter is before the court on the consent motion of the parties (ECF No. 5) requesting an order compelling arbitration and administratively closing the case while the parties pursue arbitration.

For good cause shown, the motion is granted and this action is dismissed without prejudice. If arbitration is not completed within a reasonable time, either party may, within two years, petition the court to reopen this action and restore it to the docket. Fed. R. Civ. P. 60(b)(6).

Finally, the court will retain jurisdiction over the parties for all matters relating to this action after binding arbitration, including enforcement of any arbitration judgment rendered.

IT IS SO ORDERED.

August 23, 2019
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge